```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NATIONAL SECURITIES CORPORATION,            :
                                            :
              Petitioner,                   :
                                            :
v.                                          :   Case No. 1:21-cv-09091-JPO
                                            :
KURT ANTHONY STEIN,                         :
                                            :
              Respondent.                   :
-------------------------------------------------------------X
```

# CONSENT JUDGMENT

An arbitration award having been issued in favor of Petitioner and against Respondent on September 27, 2021 in the matter captioned *National Securities Corporation v. Kurt Anthony Stein,* FINRA Dispute Resolution Case No. 20-03270 (the "Award"); Petitioner having filed a Petition to Confirm Arbitration Award before this Court in accordance with Section 9 of the Federal Arbitration Act, 9 U.S.C. §9; the parties having entered into a confidential settlement agreement providing for payment of the Award pursuant to an installment plan; and Respondent Kurt Anthony Stein, by his signature hereto, having entered an appearance in this action and consented to the Court's jurisdiction over him and to entry of this Judgment;

IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

1. The Award is hereby confirmed as a Judgment of this Court, pursuant to 9 U.S.C. §9.

2. Judgment shall enter in favor of Petitioner and against Respondent in the amount of $160,000, as stipulated by the parties and inclusive of all compensatory damages, pre-award interest, and attorneys' fees awarded in the Award.

3. In accordance with the Award, post-judgment interest on this Judgment shall accrue at the rate of 4% per annum until paid in full.

The Clerk shall close this case.

SO ORDERED:

1/21/2022

_____
J. PAUL OETKEN
United States District Judge

The parties hereby stipulate to entry of the foregoing Judgment:

WINGET, SPADAFORA &
SCHWARTZBERG, LLP

_____
Steven E. Mellen, Esq. (SM-7368)
Winget, Spadafora & Schwartzberg, LLP
45 Broadway, 32nd Floor
New York, New York 10006
(212) 221-6900
Mellen.S@wssllp.com

*Attorneys for Petitioner*
*National Securities Corporation*

_____
Kurt Anthony Stein
85 Ridge Avenue
Passaic, NJ 07055

*Respondent, pro se*